| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **GrowCo, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Blue & Green, LLC 6161 S. Syracuse Way, #320 Greenwood Village, CO 80111 | | | Disputed | | | $2,115,000.00 |
| Deodar Holdings 18539 CR 4 Brighton, CO 80602 | | | | | | $200,000.00 |
| Elevation Fund 6161 S. Syracuse Way, #320 Greenwood Village, CO 80111 | | | | | | $155,000.00 |
| High Speed Aggregate, Inc. c/o Jeff Ploen 8480 E. Orchard Rd., Suite 4900 Greenwood Village, CO 80111 | | | Disputed | | | $200,000.00 |
| Hugo Zimmerman Via Tull 7 7017 Flims Dorf, Switzerland | | | | | | $975,000.00 |
| I. Wistar Morris 5 Radnor Corporate Center, Ste 450 Radnor, PA 19087 | | | Disputed | | | $750,000.00 |
| I. Wistar Morris IRA 5 Randar Corporate Center, Ste. 450 Radnar, PA 19087 | | | Disputed | | | $500,000.00 |
| IRA Resources, Inc. FBO Angela Swarts IRA 6825 La Jolla Blvd. La Jolla, CA 92037 | | | | | | $100,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **GrowCo, Inc.**
_____   Case number _(if known)_ _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IRA Resources, Inc. FBO Terry Lee Swarts IRA 6825 La Jolla Blvd. La Jolla, CA 92037** | | | | | | **$100,000.00** |
| **James Wagner 430 Edgewood Road San Mateo, CA 94402** | | | | | | **$500,000.00** |
| **John Paulson 9648 Smith Road San Carlos, CA 92371** | | | | | | **$257,000.00** |
| **Jon & Linda Gruber 300 Tamal Plaza, Suite 280 Corte Madera, CA 94925** | | | | | | **$200,000.00** |
| **Jon D. and Linda W. Gruber Trust 300 Tamal Plaza, Suite 280 Corte Madera, CA 94925** | | | | | | **$500,000.00** |
| **Mark E. Anderson 16300 Sand Canyon Ave., Suite 1005 Irvine, CA 92618** | | | | | | **$250,000.00** |
| **McMahon Energy Partners, L.P. 4545 S. Monaco Street, #144 Denver, CO 80237** | | | | | | **$100,000.00** |
| **PENSCO Trust Company, Custodian FBO Megan Kelley IRA P.O. Box 173859 Denver, CO 80217** | | | | | | **$100,000.00** |
| **Presley Reed 375 Bellvue Drive Boulder, CO 80302** | | | | | | **$200,000.00** |
| **Thomas Prasil Trust 3935 E. San Miguel Ave. Paradise Valley, AZ 85253** | | | | | | **$1,150,000.00** |
| **Tricia Varrasso 9300 Lavell Street La Mesa, CA 91941** | | | | | | **$100,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **GrowCo, Inc.**
_____
         Name

Case number *(if known)*
_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ultimate Investments 1198 Finn Avenue Lone Tree, CO 80124** | | | **Disputed** | | | **$100,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    **GrowCo, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
   amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 28, 2019**     X **/s/ John R. McKowen**
                                      Signature of individual signing on behalf of debtor

                                         **John R. McKowen**
                                         Printed name

                                         **CEO**
                                         Position or relationship to debtor

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy