1/22/19 3:13PM

# United States Bankruptcy Court
## District of Colorado

In re **GrowCo, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Blue & Green, LLC<br>6161 S. Syracuse Way, #320<br>Greenwood Village, CO 80111 | | 650,000 | |
| Brant R. Wiwi<br>11956 Laurelwood Dr.<br>Suite 9<br>Studio City, CA 91604 | | 65,000 | |
| Dan Foster IRA<br>2850 NW Lacamas Dr.<br>Camas, WA 98607 | | 100,000 | |
| GrowCo, Inc. Board, Trustee for<br>2015 TURV Dividend Shares<br>456 Madison Street<br>Denver, CO 80206 | | 10,000,000 | |
| Hugo Zimmerman<br>Via Tull 7 7017<br>Flims Dorf, Switzerland | | 425,000 | |
| I. Wistar Morris<br>5 Radnor Corporate Center<br>Suite 450<br>Radnor, PA 19087 | | 525,000 | Unknown |
| I. Wistar Morris, IRA<br>5 Radnor Corporate Center<br>Suite 450<br>Radnor, PA 19087 | | 625,000 | |
| IRA Resources, Inc. FBO Angela Swarts IRA<br>6825 La Jolla Blvd.<br>La Jolla, CA 92037 | | 100,000 | |
| IRA Resources, Inc. FBO John P. Brooks IRA, #35-37535<br>6825 La Jolla Blvd.<br>La Jolla, CA 92037 | | 75,000 | |
| IRA Resources, Inc. FBO Maureen A. Miller IRA, #35-37034<br>6825 La Jolla Blvd.<br>La Jolla, CA 92037 | | 50,000 | |

Sheet 1 of 4 in List of Equity Security Holders
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

1/22/19 3:13PM

In re:   **GrowCo, Inc.**                                            Case No. _____

                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| IRA Resources, Inc. FBO Melissa Lynn Richards IRA, #35-37549<br>6825 La Jolla Blvd.<br>La Jolla, CA 90237 | | 38,000 | |
| IRA Resources, Inc. FBO Michael Wyly Harnish, #35-37097<br>6825 La Jolla Blvd.<br>La Jolla, CA 92037 | | 135,000 | |
| IRA Resources, Inc. FBO Richard Wiwi IRA, #35-37093<br>6825 La Jolla Blvd.<br>La Jolla, CA 92037 | | 10,000 | |
| IRA Resources, Inc. FBO Stephan Robert Marrinan IRA, #35-37509<br>6825 La Jolla Blvd.<br>La Jolla, CA 92037 | | 90,000 | |
| IRA Resources, Inc. FBO Wayne Harding IRA, #35-35551<br>6825 La Jolla Blvd.<br>La Jolla, CA 92037 | | 100,000 | |
| John R. McKowen<br>456 Madison Street<br>Denver, CO 80206 | | 10,000 | |
| Joseph McKowen<br>11032 Pheasant Ct.<br>Parker, CO 80134 | | 50,000 | |
| JP Consulting Corp.<br>8480 E. Orchard Road, Suite 4900<br>Greenwood Village, CO 80111 | | 50,000 | |
| Laura McKowen<br>78 Front Street<br>Marblehead, MA 01945 | | 50,000 | |
| Lee James Wagner<br>430 Edgewood Road<br>San Mateo, CA 94402 | | 125,000 | |
| Mark E. Anderson MD APC PSP&T<br>16300 Sand Canyon Ave.<br>Suite 1005<br>Irvine, CA 92618 | | 150,000 | |

List of equity security holders consists of 4 total page(s)
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

1/22/19 3:13PM

In re: **GrowCo, Inc.**  
Debtor(s)

Case No. _____

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| McGrow, LLC<br>456 Madison Street<br>Denver, CO 80206 | | 10,000,000 | |
| Pensco Trust Company, Custodian<br>FBO Megan Kelley, IRA<br>P.O. Box 173859<br>Littleton, CO 80127 | | 50,000 | |
| Pensco Trust Company, Custodian<br>FBO Matthew Kelley, IRA<br>P.O. Box 173859<br>Denver, CO 80217 | | 50,000 | |
| Terry Lee Swarts<br>6825 La Jolla Blvd.<br>La Jolla, CA 92037 | | 100,000 | |
| Thomas Prasil Trust U/A/D 11/26/2003<br>3935 San Miguel Ave.<br>Paradise Valley, AZ 85253 | | 400,000 | |
| Two Rivers Water & Farming Company<br>3025 S. Parker Road, Suite 140<br>Aurora, CO 80014 | | 10,000,000 | |
| Urusla Gutscher<br>Via Tull 7 7017<br>Flims Dorf, Switzerland | | 150,000 | |
| Waterton Financial, Inc.<br>6071 Silver Thorn Run<br>Littleton, CO 80125 | | 50,000 | |
| Wayne Harding<br>22586 E. Weaver Dr.<br>Aurora, CO 80016 | | 100,000 | |

List of equity security holders consists of 4 total page(s)  
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

1/22/19 3:13PM

In re:   **GrowCo, Inc.**                                                                 Case No. _____
                                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 22, 2019**                          Signature  _/s/ John R. McKowen_
                                                                              John R. McKowen

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.